AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHIMERE MARTIN,

   Plaintiff,

V.

KIA F. VALENTINE,

   Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 125-113

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court dated July 3, 2025, the Report and Recommendation of the United States Magistrate Judge is adopted as the Court's opinion. Therefore, this case is remanded to the State Court of Richmond County, Georgia. This case stands closed.

July 3, 2025  
*Date*

John E. Triplett, Clerk of Court  
*Clerk*

*s/ Jaime S. Hanna*  
(By) Deputy Clerk

GAS Rev 10/2020